Florida Cities Bus Company, a Corporation, Plaintiff in Error, v. Gaylord Lewis, Defendant in Error.

*G. A. Worley* and *Ernest Metcalf,* for Plaintiff in Error.

*Baker & White* and *Edward G. Newell,* for Defendant in Error.

Shelton Souter, &c., Appellants, v. J. C. Neff, &c., Appellee.

*Hampton & Green,* for Appellant.

*A. P. Buie,* for Appellee.

Carson Brothers, et al., Appellants, v. Wilson & Toomer Fertilizer Company, et al., Appellees.

*Akerman & Akerman,* for Appellants.

*Milam, McIlvaine & Milam* and *Gibbons & Gibbons,* for Appellee.